IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BASKIN-ROBBINS USA, CO. : CIVIL ACTION
:
VS. : NO. 02-4062
:

SCOTTIE D. CHO, ET AL

## ORDER

AND NOW, this 2nd of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Anita B. Brody to the Honorable R. Barclay Surrick.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court