IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BASKIN-ROBBINS, USA, CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-4062 |
| SCOTTIE D. CHO, ET AL | : | |

**O R D E R**

      AND NOW, this    day of August, 2002, upon review of the record, the Court notes that Complaint was served by personal service on 7/2/02.  The Court further notes that a pleading has not been filed in the above captioned action in response to the Complaint.  You may file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

      If a Request for Default is not filed by August 14, 2002, the court will enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

      **IT IS SO ORDERED.**

BY THE COURT:

_____
R. Barclay Surrick, Judge